IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PEGGY BEASLEY, d/b/a STARLIGHT DRIVE-IN THEATER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. __7:17-CV-00311__ |
| D. MICHAEL BARBER, SAMUEL M. BISHOP, HARRY COLLINS, CORD HALL, STEVE HUPPERT, HENRY SHOWALTER, BRADFORD J. STIPES, MARK SISSON, and RANDY WINGFIELD, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants, by counsel and pursuant to 28 U.S.C. §§ 1441, 1446, and 1331 file this Notice of Removal removing this action to this Court from the Circuit Court for Montgomery County, Virginia. In support of this Notice, the Defendants state:

1.    Plaintiff filed a Complaint against the Defendants in the Circuit Court for Montgomery County, Virginia, seeking damages and injunctive relief.  Together with this Notice, Defendants are filing copies of all process, pleadings, and orders served on them pursuant to 28 U.S.C. § 1446(a).

2    This Notice is filed within 30 days of service of the Complaint on the Defendants, pursuant to 28 U.S.C. § 1446.

1

3.    This civil action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

4.    Defendants have given notice of the filing of this Notice to counsel for the Plaintiff and to the Circuit Court for Montgomery County.

5.    This Court embraces the place where the state court action is pending.

D. MICHAEL BARBER,
SAMUEL M. BISHOP,
HARRY COLLINS,
CORD HALL,
STEVE HUPPERT,
HENRY SHOWALTER,
BRADFORD J. STIPES,
MARK SISSON,
and
RANDY WINGFIELD

By: /s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr., Esq. (VSB #22299)
Guynn & Waddell, P.C.
415 S. College Avenue
Salem, VA  24153
Phone: 540-387-2320
Fax:    540-389-2350
email:  jimg@guynnwaddell.com
Attorney for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to counsel for Plaintiff:

Gordon H. Shapiro, Esq.
Shapiro & Kurtin
347 Highland Avenue, SW
P.O. Box 180
Roanoke, VA 24002-0180
shapirokurtin@gmail.com
*Counsel for Plaintiff*

By: /s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB #22299)
Guynn & Waddell, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:   540-389-2350
Email: jimg@guynnwaddell.com
Attorney for Defendants

3